# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robin Williams,<br>*Plaintiff*<br>v.<br>Children's Attention Home, Inc.,<br>*Defendant* | Civil Action No. 0:19-cv-00466-JMC-SVH |

**JUDGMENT IN A CIVIL ACTION**

It is adjudged that *(check one)*:

■ the plaintiff, Robin Williams, recover from the defendant, Children's Attention Home, Inc., the amount of Forty Thousand dollars ($40,000.00), plus postjudgment interest at the rate of 2.44%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ came before the Court, the Honorable J. Michelle Childs, US District Judge, presiding, on an offer and acceptance of judgment.

Date: April 24, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*